**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:15-cv-61258-GAYLES**

**NATIONAL ELEVATOR INDUSTRY HEALTH BENEFIT PLAN, *et al.*,**

**Plaintiffs,**

**v.**

**MESA ELEVATOR SYSTEMS & ACCESSORIES, INC., *et al.*,**

**Defendants,**

**And**

**FIDELITY MANAGEMENT TRUST COMPANY, *et al.*,**

**Garnishees.**
_______________________________________/

**ORDER**

**THIS CAUSE** comes before the Court on Plaintiffs' Motion for Judgment on the Pleadings, or in the alternative, Motion for Turnover of $716.00 ("Motion"). [ECF No. 31]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1. The Motion is **GRANTED**.

2. Fidelity Management Trust Company's ("Garnishee") Answer to the Writ of Garnishment shows that the Garnishee is indebted to Defendant James Mesa ("Mesa") the sum of $716.00. [ECF No. 29].

3. Mesa did not move to dissolve the writ or otherwise dispute in any way the allegations in Plaintiffs' Motion. .

4. The Garnishee's liability to Plaintiff shall be **$716.00**, which represents the above-mentioned amount.

5. The Garnishee shall pay to Plaintiffs by check made payable to the "Sugarman, Susskind & Braswell, P.A. Trust Account" in the sum of $716.00; to be applied against Plaintiffs' Judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of November, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**